## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KEMAL MOISE,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 26-CV-3831** |
| | : | |
| **TEMPLE UNIVERSITY,** | : | |
| **Defendant.** | : | |

## ORDER

AND NOW, this 1st day of July, 2026, the Court having received correspondence from Kemal Moise (ECF No. 7), which the Court construes as a request to reconsider its June 17, 2026 order denying Mr. Moise's motion to proceed *in forma pauperis* (ECF No. 5), it is **ORDERED** that:

1.    The request to reconsider the June 17, 2026 Order (ECF No. 7) is **DENED**.[1]

2.    If Mr. Moise seeks to proceed with this case, he shall remit $405 to the Clerk of Court within twenty-one (21) days of the date of this Order.

3.    If Mr. Moise fails to comply with this Order, his case may be dismissed without further notice for failure to prosecute.

BY THE COURT:

**/s/ Gerald Austin McHugh**

**GERALD A. MCHUGH, J.**

---

[1] Mr. Moise previously submitted a detailed application under oath describing financial resources that render him ineligible to proceed without paying the fees, and the Court considers such an oath a matter of utmost seriousness.  He may not now retract that sworn application through correspondence to the Court.  *See Smart v. Gloucester Twp. Mun. Corp.*, 229 F. App'x 87, 89 (3d Cir. 2007) (*per curiam*) (affirming decision to revoke a plaintiff's *in forma pauperis* status where he had submitted inconsistent IFP applications and failed to prove his inability to pay filing fee).